UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     : Hon. Stanley R. Chesler

v.     : Crim. No. 11-653

THOMAS CRITTEN     : <u>SCHEDULING AND CONTINUANCE ORDER</u>

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Jane H. Yoon, Assistant U.S. Attorney, appearing), and the defendant Thomas Critten (Donald McCauley, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for 60 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties are preparing to engage in preliminary discussions concerning entering into a plea agreement, and both the United States and the defendant seek additional time to

pursue such discussions, which may render trial of this matter unnecessary;

    2.    Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

    3.    Defendant has consented to the aforementioned continuance; and

    4.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _19th_ day of October 2011,

IT IS ORDERED that this action be, and hereby is, continued from October 17, 2011 through December 15, 2011; and it is further

ORDERED that the period from and including October 17, 2011 through and including December 15, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Pre-trial motions due: 11/23/2011

Opposition due: 12/5/2011

Motions hearing: 12/7/2011 @ 11:00

Trial: 12/12/2011 @ 10:00

HON. STANLEY R. CHESLER
United States District Judge

3

Form and entry
consented to:

Jane H. Yoon
Assistant U.S. Attorney

Donald McCauley, Esq.
Counsel for Thomas Critten

4